

**MEMO ENDORSED**

Alfons D'Auria

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct: 917.594.5561
Fax:  212.444.1030
alfons@lipskylowe.com

www.lipskylowe.com

January 22, 2021

VIA ECF
Honorable Katherine Polk Failla, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    O'Brien v. Bank of New York Mellon, et al.,
               20:cv-01452 (KPF)

Dear Judge Failla:

      This firm represents Plaintiff in the above-referenced action. We submit this letter on behalf of all parties to advise the Court that the parties have reached an agreement in principle to amicably resolve the matter.  Accordingly, the parties respectfully request all existing case deadlines and court conferences be adjourned *sine die*, including the March 10, 2021 Pretrial Conference. The parties additionally request thirty (30) days within which to finalize the settlement agreement and file a stipulation of dismissal with prejudice

      We thank the Court for its attention to this matter, and remain available to provide any additional information.

                        Respectfully submitted,
                        LIPSKY LOWE LLP


                        s/ Alfons D'Auria____
                        Alfons D'Auria


CC:    All counsel of record (Via ECF)

Application GRANTED.  All deadlines and conferences are hereby
adjourned.  Furthermore, the Court ORDERS that this action be
conditionally discontinued without prejudice and without costs;
provided, however, that on or before **February 22, 2021,** the parties
may submit to the Court their own Stipulation of Settlement and
Dismissal for the Court to So Order.  Otherwise, within such time
Plaintiff may apply by letter for restoration of the action to the
active calendar of the Court in the event that the settlement is not
consummated.  Upon such application for reinstatement, the parties
shall continue to be subject to the Court's jurisdiction, the Court
shall promptly reinstate the action to its active docket, and the
parties shall be directed to appear before the Court, without the
necessity of additional process, on a date within ten (10) days of
the application, to schedule remaining pretrial proceedings and/or
dispositive motions, as appropriate.  This Order shall be deemed a
final discontinuance of the action with prejudice in the event that
Plaintiff has not requested restoration of the case to the active
calendar on or before **March 15, 2021.**

The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.


Dated:   January 22, 2021
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE